**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00841-CR

### THE STATE OF TEXAS, Appellant

### V.

### JESUS ALBERTO VILLEGAS, JR., Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90003**

## ORDER

On June 24, 2013, this Court ordered the court reporter to file the reporter's record of the proceedings related to appellee's application for writ of habeas corpus by July 17, 2013. To date, we have not received the reporter's record. We now have before us the State's August 1, 2013 motion to extend time to file its brief because the reporter's record has not been filed. We **GRANT** the State's motion as follows:

We **ORDER** Lisabeth Kellett, official court reporter of the 203rd Judicial District Court, to file the reporter's record of the habeas corpus proceedings by **AUGUST 16, 2013**.

We **ORDER** the State to file its brief by **SEPTEMBER 4, 2013**. We **ORDER** appellee to file his brief by **SEPTEMBER 23, 2013**.

The appeal remains set for submission on **October 4, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Lisabeth Kellett, Official Court Reporter, 203rd Judicial District Court; and to counsel for all parties.

/s/    MICHAEL J. O'NEILL
PRESIDING JUSTICE